ANDREW R. McCLOSKEY, ESQ.
Nevada State Bar No. 7441
McCLOSKEY, WARING, WAISMAN & DRURY LLP
12671 High Bluff Drive, Suite 350
San Diego, CA 92130
Telephone No.: 619.237.3095
Telefax No.: 619.237.3789
amccloskey@mwwdlaw.com

*Designated for personal service only:*
*Christopher L. Blakesley II, Esq.*
*Nevada State Bar No. 11922*
*John C. Courtney, Esq.*
*Nevada State Bar No. 11092*
*LBC LAW GROUP*
*3215 W. Charleston Blvd., Suite 120*
*Las Vegas, NV 89102*

Attorneys for Defendant
Hartford Casualty Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEL WEBB COMMUNITIES, INC., a Nevada corporation, and PN II, INC. dba PULTE HOMES OF NEVADA, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation; COLONY INSURANCE COMPANY, a Virginia corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; CENTURY SURETY COMPANY, an Ohio corporation; JAMES RIVER INSURANCE COMPANY, an Ohio corporation; and VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 2:21-cv-00359-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND HARTFORD CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)** |

WHEREAS, Del Webb Communities, Inc. and PN II, Inc. dba Pulte Homes of Nevada ("Plaintiffs") filed a Complaint on March 2, 2021;

WHEREAS, by prior stipulation of the parties, Hartford Casualty Insurance Company's ("Hartford") response to the Complaint is due on June 3, 2021; and

WHEREAS, Hartford requires additional time to prepare to file a response to the Complaint.

WHEREFORE, the parties have agreed to extend the deadline for Hartford to respond to Plaintiffs' Complaint until June 17, 2021. This is the second stipulation filed by the parties for the extension of time for Hartford to file its response to the Complaint.

IT IS SO STIPULATED.

Dated: May 27, 2021　　　　　　　　　　　　**PAYNE & FEARS LLP**

By:　*/s/Sarah J. Odia*
　　　Scott S. Thomas
　　　Sarah J. Odia
　　　Attorneys for Plaintiffs Del Webb
　　　Communities, Inc. and PN II, Inc.
　　　dba Pulte Homes of Nevada

Dated: May 27, 2021　　　　　　　　　　　　**McCLOSKEY, WARING, WAISMAN & DRURY LLP**

By:　*/s/Andrew R. McCloskey*
　　　Andrew R. McCloskey
　　　Attorneys for Defendant
　　　Hartford Casualty Insurance Company

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 5-27-2021

# PROOF OF SERVICE

<u>Del Webb Communities, Inc., et al. v. Liberty Insurance Corporation, et al.</u>

Case No. 2:21-cv-00359-RFB-VCF

I, Andrew R. McCloskey, declare as follows:

I am employed with McCloskey, Waring, Waisman & Drury LLP, whose address is 12671 High Bluff Drive, Suite 350, San Diego, CA 92130.

On May 27, 2021, I served the following document:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HARTFORD CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)**

on the parties in this action.

**VIA PACER ELECTRONIC SERVICE:** I attached a true and correct copy of the above-entitled document to PACER by electronic transfer for service on all counsel of record by electronic service.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed at San Diego, California on May 27, 2021.

<u>/s/Andrew R. McCloskey</u><br>
Andrew R. McCloskey

3

STIP AND [PROPOSED] ORDER RE HARTFORD'S RESPONSIVE PLEADING 2:21-cv-00359-RFB-VCF