**MOT**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*EMPLOYERS MUTUAL CASUALTY COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEL WEBB COMMUNITIES, INC., a Nevada Corporation, and PN II, INC. dba PULTE HOMES OF NEVADA, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation; COLONY INSURANCE COMPANY, a Virginia corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; CENTURY SURETY COMPANY, an Ohio corporation; JAMES RIVER INSURANCE COMPANY, an Ohio corporation; and VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Defendants. | CASE NO.: 2:21-cv-00359-RFB-VCF<br><br>**DEFENDANT EMPLOYERS MUTUAL CASUALTY COMPANY'S MOTION FOR EXTENSION OF TIME**<br>**(First Request)** |

1

**DEFENDANT EMPLOYERS MUTUAL CASUALTY COMPANY'S**
**MOTION FOR EXTENSION OF TIME**
**(First Request)**

COMES NOW Defendant, EMPLOYERS MUTUAL CASUALTY COMPANY ("EMC"), by and through undersigned counsel, pursuant to Rules 6(b) and 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and move this Court for an order to extend time to file an Answer or otherwise plead in the above-titled action. In support hereof, State Defendants show the following:

1. Plaintiffs' filed their Complaint on March 2, 2021.

2. Service was effected on June 24, 2021 via service on the State of Nevada Department of Business Division of Insurance.

3. The time for filing an answer or other pleading has not yet expired.

4. The parties are actively involved in negotiation, and it is anticipated, that granting this motion will save judicial resources and litigation costs.

5. This motion is not being filed for the purpose of undue delay, but is made based upon the desire to reduce litigation costs and preserve judicial resources as well as current assignments and the need for time to prepare a response.

6. Plaintiff does not object to the requested extension.

7. This is the first request for an extension.

///

///

2

THEREFORE, Defendant EMPLOYERS MUTUAL CASUALTY COMPANY ("EMC") respectfully request the Court for an Order extending the time to file an answer, or otherwise plead, up to and including August 16, 2021.

DATED this 16th day of July, 2021.

RANALLI ZANIEL FOWLER & MORAN, LLC

/s/ *Jason Andrew Fowler*
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendants,
EMPLOYERS MUTUAL CASUALTY COMPANY

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 7-21-2021

3

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of RANALLI ZANIEL FOWLER & MORAN, LLC, and that on the 16th day of July, 2021, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**DEFENDANT EMPLOYERS MUTUAL CASUALTY COMPANY'S MOTION FOR EXTENSION OF TIME (First Request)**

**Person(s) Served:**

| | |
|---|---|
| Scott S. Thomas, Esq.<br>Sara J. Odia, Esq.<br>**PAYNE & FEARS, LLP**<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, Nevada 89118<br>Attorneys for Plaintiffs,<br>DEL WEBB COMMUNITIES, INC.<br>AND PN II, INC. dba PULTE HOMES OF NEVADA | Christopher Blakesley II, Esq.<br>**LBC LAW GROUP**<br>3215 W. Charleston Blvd.<br>Suite 120<br>Las Vegas, Nevada 89102<br>Attorney's for Defendant,<br>HARTFORD CASUALTY INSURANCE COMPANY |
| John H. Podesta, Esq.<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br><br>*Address for Personal Service:*<br>300 S. 4th Street, Ste. 1100<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant,<br>UNITED SPECIALTY INSURANCE CO | |

                    /s/ *Donna Hicks*
                    An EMPLOYEE OF
            RANALLI ZANIEL FOWLER & MORAN, LLC

4