**SAO**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Pkwy. Suite 100
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*EMPLOYERS MUTUAL CASUALTY COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEL WEBB COMMUNITIES, INC., a Nevada Corporation, and PN II, INC. dba PULTE HOMES OF NEVADA, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation; COLONY INSURANCE COMPANY, a Virginia corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; CENTURY SURETY COMPANY, an Ohio corporation; JAMES RIVER INSURANCE COMPANY, an Ohio corporation; and VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Defendants. | CASE NO.: 2:21-cv-00359-RFB-VCF<br><br>**STIPULATION OF THE PARTIES REGARDING EMPLOYERS MUTUAL CASUALTY COMPANY'S TIME TO RESPOND** |

1

**STIPULATION REGARDING EMPLOYERS MUTUAL CASUALTY COMPANY'S TIME TO RESPOND**

Plaintiffs and Defendant, Employers Mutual Casualty Company (EMC), by and through their respective counsel of record, hereby stipulate as follows:

Plaintiffs and EMC have reached an agreement in principle for the settlement of the Plaintiffs' claims against EMC, and it is anticipated, that granting this stipulation will save judicial resources and litigation costs;

That Plaintiff's counsel has granted EMC an extension in writing to respond to the outstanding pleading up to and until September 15, 2021.

Dated: August 31, 2021                    Dated: August 31, 2021

**RANALLI ZANIEL FOWLER**                 **PAYNE & FEARS, LLP**
**& MORAN, LLC**

/s/ Jason Andrew Fowler                   /s/ Sarah J. Odia
_____           _____
**GEORGE M. RANALLI, ESQ.**               **SCOTT S. THOMAS**, **ESQ.**
Nevada Bar No. 5748                       Nevada Bar No. 7937
**JASON ANDREW FOWLER, ESQ.**             **SARAH J. ODIA, ESQ.**
Nevada Bar No. 8071                       Nevada Bar No. 11053
2340 W. Horizon Ridge Pkwy.               6385 S. Rainbow Blvd.,
Suite 100                                 Suite 220
Henderson, Nevada 89052                   Las Vegas, NV 89118
Attorneys for Defendants,                 Attorney for Plaintiffs
EMPLOYERS MUTUAL CASUALTY
COMPANY

**ORDER**

IT IS SO ORDERED:

Dated:  August 31, 2021.



RICHARD E. BOULWARE, II
United States District Court

**Ashley Strange**

| | |
|---|---|
| **From:** | Sarah J. Odia <sjo@paynefears.com> |
| **Sent:** | Tuesday, August 31, 2021 1:59 PM |
| **To:** | Kristina Beck |
| **Subject:** | RE: Del Webb v. EMC |

Yes. You may use my e-signature to file this.

**Sarah J. Odia**
Partner



PAYNE & FEARS LLP • 6385 South Rainbow Boulevard, Suite 220, Las Vegas, NV 89118
Direct 702.851.0303 • Main 702.851.0300 • Fax 702.851.0315
www.paynefears.com • email: sjo@paynefears.com

---

**From:** Kristina Beck <KBeck@bodellbove.com>
**Sent:** Tuesday, August 31, 2021 1:56 PM
**To:** Sarah J. Odia <sjo@paynefears.com>
**Subject:** RE: Del Webb v. EMC

Also, can we agree to extend the responsive pleading deadline to September 15? Proposed stip is attached. That should be plenty of time to finalize the settlement agreement move for voluntary dismissal.



Kristina M. Beck
Bodell Bove LLC
2215 York Road
Suite 515
Oak Brook, IL 60523
Direct: (630) 382-4801
Phone: (630) 382-4800
Facsimile: (630) 468-2158

This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please notify us immediately by telephone or by replying to the message and permanently delete the original copy and any copy of any e-mail, attachments, and any printout thereof.  Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.