Scott S. Thomas, Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia, Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiffs DEL WEBB COMMUNITIES, INC. and PN II, INC. dba PULTE HOMES OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEL WEBB COMMUNITIES, INC., a Nevada corporation, and PN II, INC. dba PULTE HOMES OF NEVADA, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation; COLONY INSURANCE COMPANY, a Virginia corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; CENTURY SURETY COMPANY, an Ohio corporation; JAMES RIVER INSURANCE COMPANY, an Ohio corporation; and VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation,<br><br>        Defendants. | Case No. 2:21-cv-00359-RFB-VCF<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF UNITED SPECIALTY INSURANCE COMPANY** |

IT IS HEREBY STIPULATED by and between Plaintiff DEL WEBB COMMUNITIES, INC. and PN II, INC. dba PULTE HOMES OF NEVADA ("Plaintiff") and Defendant UNITED

Case No. 2:21-cv-00359-RFB-VCF

SPECIALTY INSURANCE COMPANY ("Defendant"), by and through their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

Dated: October 18, 2022

PAYNE & FEARS LLP

By:  /s/ Sarah J. Odia
Scott S. Thomas, Bar No. 21-275
Sarah J. Odia, Bar No. 21-279
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118

Attorneys for Plaintiffs
DEL WEBB COMMUNITIES, INC. and PN II, INC. dba PULTE HOMES OF NEVADA

Dated: October 20, 2022

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  /s/ Christopher Richardson
John H. Podesta, Esq.
Christopher Richardson, Esq.
525 Market Street, 17th Floor
San Francisco, CA 94105-2725

Attorneys for Defendant
UNITED SPECIALTY INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Complaint of Plaintiff Del Webb Communities, Inc. and PN II, Inc. dba Pulte Homes of Nevada against Defendant United Specialty Insurance Company is hereby dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

DATED: October 24, 2022.

HONORABLE JUDGE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE